IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD C. COOK,** | CV F 99-6112 WMW HC |
| Petitioner, | ORDER DENYING MOTION FOR LEAVE TO FILE ADDITIONAL EXHIBITS AND GRANTING EX PARTE APPLICATIONS TO FILE TYPEWRITTEN MOTION AND REPLY |
| v. | |
| **WILLIAM DUNCAN, Warden,** | |
| Respondent. | |
| | [Docs. 82, 83, 87] |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 20, 2005, Petitioner filed a motion for leave to file an additional exhibit identified as Exhibit 13 – A. Respondent opposes this motion.

Petitioner identifies the exhibit as "a 9 page summary of his medical and mental health records at California prisons from inception of incarceration 1991 to June 2005, prepared by a prison doctors, summarizing his mental health evaluations [based on the same records which are now before the Court in 9 volumes, numbering over 2000 pages, marked EXHIBIT 13.]" Petitioner concedes that final briefing was completed in this case on March

1  9, 2005, when Petitioner filed his amended traverse.  The matter is now under submission.

2  Respondent opposes Petitioner's motion on the ground that the exhibit which he seeks to file is based on records already before the Court.  Respondent argues that the exhibit adds nothing relevant to the issue before this court, i.e., Petitioner's competence at the time of trial.  Respondent also opposes Petitioner's motion on the ground that the new exhibit is an incomplete synopsis which cannot be properly substituted for the voluminous records now before the Court.

After considering the parties' arguments, the Court concludes that Petitioner's proposed additional exhibit is merely cumulative of what is already before the Court.  The Court therefore finds no basis for the admission of this exhibit, months after this case has been taken under submission.  Accordingly, Petitioner's motion to file an additional exhibit, Exhibit 13 – A, is HEREBY DENIED.  Petitioner's applications, filed September 20, 2005, and October 4, 2005, to file a type written motion and reply are HEREBY GRANTED. IT IS SO ORDERED.

Mmkd34**Dated:   November 3, 2005**          **/s/  William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE